# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-10083
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
July 9, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DANIEL SALGADO-MELENDEZ,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CR-309-1

---

Before SMITH, HIGGINSON, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

Daniel Salgado-Melendez appeals his sentence for illegal reentry in violation of 8 U.S.C. § 1326. For the first time on appeal, he challenges the application of the enhanced penalty range in § 1326(b) as unconstitutional because it permits a defendant to be sentenced above the statutory maximum of § 1326(a) based on a prior conviction that was not alleged in the indictment or found by a jury beyond a reasonable doubt. As Salgado-Melendez cor-

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-10083

rectly concedes, that issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019). He raises this issue to preserve if for further review.

The government has filed an unopposed motion for summary affirmance or, alternatively, for an extension of time to file a brief. Because summary affirmance is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), the motion is GRANTED, the government's alternative motion for an extension to file its brief is DENIED, and the judgment is AFFIRMED.